1 | Denise Bourgeois Haley
Attorney at Law:
2 | Law Offices of
Lawrence D. Rohlfing
3 | 12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
4 | Tel.: (562)868-5886
Fax: (562)868-5491
5 | E-mail: rohlfing_office@speakeasy.net

6 | Attorneys for Plaintiff Christina Rougeau

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA ROUGEAU, | Case No.: CV 07-5026 MAN |
| Plaintiff, | {PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of rights, the amount of $2,186.39, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: December 18, 2009

_____/s/_____
THE HONORABLE MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3  /s/ 𝔇𝔢𝔫𝔦𝔰𝔢 𝔅𝔬𝔲𝔯𝔤𝔢𝔬𝔦𝔰 ℌ𝔞𝔩𝔢𝔶
_____
4  Denise Bourgeois Haley
Attorney for plaintiff Ms. Christina Rougeau